Gary B. Kirkpatrick #207302
Name and Prisoner/Booking Number

A.S.P.C Safford   Tonto Unit
Place of Confinement

896 S. Cook Rd.
Mailing Address

Safford, Arizona 85546
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 01 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Gary B. Kirkpatrick,
(Full Name of Plaintiff)
         Plaintiff,

vs.

(1) Maricopa County Board of Supervisors,
(Full Name of Defendant)
(2) Maricopa County Sheriffs Department,
(3) Sheriff Joseph Arpaio, et al.,
(4) _____
         Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-16-287-PHX-JJT-BSB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Phoenix, Arizona / Lower Buckeye Jail

Revised 3/9/07

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: Maricopa County Board of Supervisors. The first Defendant is employed as: Maricopa County Board of Supervisors (Position and Title) at Maricopa County (Institution).

2. Name of second Defendant: Maricopa County Sheriffs Department. The second Defendant is employed as: Maricopa County Sheriffs Department (Position and Title) at Maricopa County (Institution).

3. Name of third Defendant: Sheriff Joseph Arpaio. The third Defendant is employed as: Sheriff of Maricopa County (Position and Title) at Maricopa County (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: U.S. Constitutional 14th Amendment, Due process of law on pre-trial detainees, deliberate indifference.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: cross gender strip searches, deliberate indifference

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. In their official capacity all 3 defendants named in this count, in authority under color of state law, the Maricopa County Board of Supervisors, Maricopa County Sheriffs Department and Sheriff Joseph Arpaio all have acted with deliberate indifference, wanton and malicious, and reckless conduct and evil motive and intent by implementing a policy allowing female detention officers to observe the Plaintiff Gary Kirkpatrick showering nude and performing bodily functions on a daily basis from a distance of 4 to 5 feet away from Gary Kirkpatrick. This is in violation of Maricopa County's own strip search policy D-H3 which defines a strip as "the visual search of an inmates body after all clothing has been removed". The policy also says female officers are prohibited from this practice unless emergency circumstances allow it. Because of this practice Gary Kirkpatrick's Constitutional Rights under the 14th Amendment, due process of law on pre-trial detainee. Gary Kirkpatrick has suffered severe humiliation, emotional damage, feeling of degradation. Maricopa County Board of Supervisors is liable because they oversee all jail policy in the County. Maricopa County Sheriffs Department is liable because they practice this policy and Sheriff Joseph Arpaio is liable because he enforces this policy. All three named defendants are responsible because they know the risk of harm that this policy has caused Gary Kirkpatrick due to grievances Gary Kirkpatrick wrote explaining he has a history of sexual abuse from females when he was young in his teenage years. The plaintiff was in fact a pre-trial detainee over this 2 month period of cross gender strip searches through 11-10-2015 to 1-25-2016.

   (margin note: implementing an unconstitutional policy)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Severe humiliation, emotional damage, feeling of degradation, feeling of loss of self worth, loss of self respect, violation of due process of law as pre-trial detainee under the U.S. Constitutional 14th Amendment.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Gary Kirkpatrick filed 4 grievances, not one was ever answered, this shows evil motive with intent and deliberate indifference to U.S constitutional Rights 14th Amendment.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: U.S. Constitutional 14th Amendment, Due Process of law on Pre-trial detainee, deliberate indifference.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Sexual Harrassment deliberate indifference

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. In their official capacity all 3 defendants named in this count, in authority under color of law, the Maricopa County Board of Supervisors, Maricopa County Sheriffs Department and Sheriff Joseph Arpaio all acted with deliberate indifference, wanton and malicious and reckless conduct with evil motive and intent to the Plaintiff Gary Kirkpatrick's Constitutional Right under the 14th Amendment by subjecting Gary Kirkpatrick to 2 months of sexual harassment because Gary Kirkpatrick was on a daily basis being observed by female detention officers while he was showering nude and performing bodily functions. The County's own strip search policy DH-3 prohibits female officers to view naked male inmates unless emergency circumstances allow it. Policy DH-3 defines a strip search as, "a visual scan of the inmates body after all clothing has been removed". Wherefore female officers observing Gary Kirkpatrick naked is clearly a strip search under the County's own policy DH-3. Because of the 3 named defendants actions under color of state law the Plaintiff has suffered severe humiliation, emotional damages, feelings of degradation and constant fear. Maricopa County Board of Supervisors is liable cause they oversee all policies practiced in Maricopa County. Maricopa County Sheriffs Department is liable cause they implemented this illegal policy and enforce it. Sheriff Joseph Arpaio is liable because he runs the jails and enforces this policy even though it violates his own Policy DH-3. All three defendants are liable and responsible because they know the risk of harm Gary Kirkpatrick was enduring because Gary Kirkpatrick filed 4 grievances stating he was sexually abused by females when he was young and the fact it violates Maricopa County's Sheriffs Department own strip search policy DH-3 resulting 2 months of sexual harassment on the Plaintiff Gary Kirkpatrick who was in fact a pre-trial detainee over this 2 month period, 11-10-15 to 1-25-16.

   (margin note: implementing an unconstitutional policy)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Constant fear, severe humiliation, emotional damage, loss of self worth, constant paranoia, loss of self respect, violation of due process of law under the U.S. Constitutional 14th Amendment on pre-trial detainee Gary Kirkpatrick.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Gary Kirkpatrick filed 4 grievances, not one was ever answered, this proves evil motive with intent and deliberate indifference to Constitutional Rights 14th Amendment.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: U.S. Constitutional 14th Amendment Due Process of law on pre-trial Detainee, deliberate indifference.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: cruel and unusual punishment inflicted, deliberate indifference

3. **Supporting Facts..** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. In their official capacity all 3 defendants named in this count in authority under color of state law, Maricopa County Board of Supervisors, Maricopa County Sheriff's Department and Sheriff Joseph Arpaio inflicted cruel and unusual punishment on the Plaintiff Gary Kirkpatrick for 2 months by acting with deliberate indifference, wanton and malicious and reckless conduct, with evil motive and intent to Gary Kirkpatrick's Constitutional Rights 14th Amendment, due process of law, on pre-trial detainee Gary Kirkpatrick by having Gary Kirkpatrick being viewed naked by female detention officers while he was showering and performing bodily functions every day for 2 months. This under Maricopa County Sheriff's Department's own strip search policy DH-3, defines a strip search as "a visual scan of the inmates body after all clothing is removed", violating their own policy. The 3 named defendants have inflicted cruel and unusual punishment upon Gary Kirkpatrick. Against the County's own Policy DH-3, nude cross gender visual inspections of Gary Kirkpatrick is clearly in violation and considered a strip search within the County's own Policy which is prohibited of female officers on male inmates - ie- Gary Kirkpatrick. Maricopa County Board of Supervisors is liable because cause their oversee all policies practiced by the Sheriff, Maricopa County Sheriff's Department is liable because implement and enforce these policies and Sheriff Joseph Arpaio is liable because he runs the jail and enforces these policies. All three defendants knew the harm Gary Kirkpatrick was suffering because the 4 grievances Gary Kirkpatrick filed and continued to violate their own Policy and Gary Kirkpatrick's due process rights as a pre-trial detainee as deliberate indifference to U.S. Constitutional 14th Amendment over 2 month period 11-10-15 to 1-25-16. (implementing an unconstitutional policy)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). emotional damage, constant paranoia, severe humiliation, feeling of degradation, loss of self worth, constant fear, loss of self respect, violation of due process of law under U.S. Constitutional 14th Amendment as pre-trial detainee.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Gary Kirkpatrick filed 4 grievances, not one was answered, this proves deliberate indifference with evil motive and intent to Constitutional 14th Amendment rights due process of law.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

E. REQUEST FOR RELIEF

State the relief you are seeking: Wherefore the Plaintiff Gary B. Kirkpatrick respectfully prays of this court to grant relief and award the Plaintiff Gary B. Kirkpatrick in the amount of sixty million and sixty thousand dollars. For count #1 in the amount of twenty thousand dollars for nominal damages and twenty million dollars for punitive, compensatory, general and emotional damages. For Count #2 in the amount of twenty thousand dollars for nominal damages and twenty million dollars for punitive, compensatory, general and emotional damage. For Count #3 in the amount of twenty thousand dollars for nominal damages and twenty million dollars for punitive, compensatory, general and emotional damages also to include injunctive relief to stop these violations. For a total monetary judgement in this 3 counts to total sixty million and sixty thousand dollars for the continual emotional pain and suffering, humiliations and constitutional rights violations of deliberate indifference per the 14th Amendment Gary Kirkpatrick had to endure for two months, plus all legal costs to include attorneys fees whether represented by counsel or pro-se, and whatever other monies this court shall deem proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-28-16
DATE

Gary B. Kirkpatrick (pro-se)
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Gary B. Kirkpatrick (pro-se)
(Signature of attorney, if any)
Inmate Gary B. Kirkpatrick 207302
ASPC-Safford Tonto Unit
896 S. Cook Rd
Safford, AZ 85546
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.